IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

---

UNITED STATES OF AMERICA

v.

FRANCISCO MARTINEZ

CASE NO. 6:23-CR-114-JDK

## DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

*TO THE HONORABLE JEREMY D. KERNODLE, UNITED STATES DISTRICT JUDGE OF SAID COURT:*

COMES NOW the Defendant, Francisco Martinez, by and through undersigned counsel, Scott E. Edgett, and respectfully submits this Sentencing Memorandum for the Court's consideration pursuant to 18 U.S.C. § 3553(a). Mr. Martinez acknowledges the seriousness of the offenses and respectfully requests that the Court impose a sentence that is sufficient, but not greater than necessary, to achieve the purposes of federal sentencing:

## FACTUAL BACKGROUND

Francisco Martinez stands before this Court as a 23-year-old first-time offender convicted after a jury trial ending on March 4, 2025, of:

1. Disposition of a Firearm to a Person Who Intends to Dispose of the Firearm in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 922(d)(10); and

2. Use, Carrying, and Possession of a Firearm During and in Furtherance of a Drug Trafficking Crime, Aiding and Abetting, in violation of 18 U.S.C. §§ 924(c) and 2.

While the offenses are clearly serious, Mr. Martinez's background, lack of prior criminal history, strong family ties in the local Smith County area, and demonstrated potential for

---

**Defendant's Memorandum in Aid of Sentencing**                                    **Page 1**

rehabilitation, justify a sentence at the low end of the applicable guideline range as suggested within the Presentence Investigation Report.

## WHO IS FRANCISCO MARTINEZ

Mr. Martinez was born and raised in Tyler, Texas, where he has always maintained close relationships with his parents and three siblings. His parents provided a supportive, faith-centered home, and Mr. Martinez describes his childhood as stable and loving. He has no history of violence, substance abuse, or mental health issues.

Leaving school after the tenth grade to help his family financially, Mr. Martinez obtained a forklift certification and maintained steady employment in manual labor positions, including with Coca-Cola, Target Warehouse, and Greenway Gutter Pros. These jobs reflect his work ethic and ability to contribute productively to society.

At just 23 years old, Mr. Martinez is youthful and impressionable, but not beyond reform. His record is entirely free of criminal convictions, and he possesses the family and community support necessary for successful reintegration.

## FACTS OF THIS CASE – NATURE OF CIRCUMSTANCES

The Presentence Investigation Report indicates that Mr. Martinez sold firearms without a license, one of which was later involved in a controlled drug transaction. Mr. Martinez did not distribute narcotics himself, nor was he the principal in the transaction that gave rise to Count Two. His conduct, while reckless, stemmed from immaturity and poor financial judgment rather than an intent to further drug trafficking or cause harm. He recognizes the seriousness of his actions and accepts responsibility for their consequences. Importantly, the offense did not involve violence, threats, or organized criminal activity.

## GUIDELINE RANGE AND STATUTORY PENALTIES

According to the Presentence Investigation Report:

- Total Offense Level: 26

- Criminal History Category: I

- Guideline Range (Count One): 63–78 months imprisonment

- Mandatory Minimum (Count Two): 60 months imprisonment consecutive

The combined advisory range totals 123 to 138 months imprisonment. However, the Court has broad discretion under 18 U.S.C. § 3553(a) to impose a sentence that reflects the Defendant's individual circumstances and is sufficient, but not greater than necessary, to achieve the goals of sentencing.

## ANALYSIS UNDER 18 U.S.C. § 3553(a)

A. Nature and Circumstances of the Offense:

Mr. Martinez's conduct was unlawful but not violent. He was not engaged in organized trafficking or firearm modification, and his actions did not result in injury or direct harm. The record shows poor decision making by a young man and choices of who he associated with, not the pattern of a dangerous offender.

B. History and Characteristics of the Defendant:

Mr. Martinez has led a law abiding life prior to this incident. He worked steadily, supported his family, and lived at home with his parents. He has expressed remorse and demonstrated insight into his mistakes. He has no prior criminal convictions and has never been involved in gang or violent activity.

C. The Need for the Sentence to Reflect the Seriousness of the Offense:

A sentence at the low end of the guideline range would still reflect the seriousness of the offense, promote respect for the law, and provide just punishment. Mr. Martinez has already experienced

---

**Defendant's Memorandum in Aid of Sentencing**                                    **Page 3**

substantial consequences including incarceration, loss of employment, and the stigma of a felony conviction.

D.  The Need for Deterrence and Protection of the Public:

Mr. Martinez presents an extremely low risk of recidivism. His age, family support, and lack of prior criminal behavior make future offenses unlikely. General deterrence will be achieved through a substantial, yet reasonable, term of imprisonment.

E.  The Need to Provide Training, Education, or Correctional Treatment:

Mr. Martinez would benefit from the opportunity to complete his GED and participate in vocational programs such as welding or construction while incarcerated. Such opportunities would facilitate rehabilitation and lawful employment upon release.

## ADDITIONAL CONSIDERATIONS ABOUT MR. MARTINEZ

When this Court imposes its sentence, it is asked not only to weigh the facts of an offense, but to also look deeper to the person behind the case, to the totality of a human life and character.

Mr. Martinez is a man whose life has been defined not by wrongdoing, but by humility, compassion, and devotion to family. The many letters submitted on his behalf by parents, siblings, extended family, close friends, and community members collectively paint a portrait of a man who has consistently uplifted others, shown kindness in action, and earned the respect and love of everyone around him.

From an early age, Mr. Martinez demonstrated remarkable empathy and selflessness. He has been described as someone who instinctively helps those in need and who finds joy in serving others. His courage, kindness, and humor make him a source of comfort and encouragement to those around him. He is known for bringing people together, uplifting spirits, and showing patience and compassion even in the face of adversity.

Perhaps the strongest quality is Mr. Martinez's unwavering devotion to his parents and

---

grandmother. He has always placed the needs of his family above his own, working tirelessly to ensure their stability and safety. He has supported his parents financially and emotionally, cared for his grandmother, and been a steady presence through every challenge. His family has always described him as the heart of their household, someone whose absence has left a deep void. As his parents and grandmother grow older and more fragile, Mr. Martinez's return home will allow him to resume his vital role as a caregiver, provider, and source of strength.

Mr. Martinez's life has been guided by faith and integrity. He is humble, respectful, and steadfast in his belief that every setback can be an opportunity for growth. His community and loved ones recognize that his mistakes do not define him, but rather highlight his capacity for reflection, accountability, and transformation. His values, shaped by faith and family, remain a constant anchor in his life.

Mr. Martinez has also been described as a person who brings value to his community. He is hard-working, loyal, and driven to better himself and those around him. Whether through his professional efforts, his friendships, or his quiet acts of service, he has consistently demonstrated generosity, responsibility, and a willingness to help. He is not a danger to society but an asset to it, and his rehabilitation will only strengthen the community to which he belongs.

The family and community support speak one truth for Mr. Martinez and that is that he should not defined by a single mistake, but by a lifetime of compassion, faith, and service. He has lived a life of devotion to his family, and his greatest wish is to return to them, continue providing care to his aging parents, and rebuild his future with integrity and purpose.

---

## SENTENCING RECOMMENDATION

In light of the factors above, Mr. Martinez respectfully requests that this Court impose a sentence of 63 months on Count One, followed by the mandatory consecutive 60 months on Count Two, for a total of 123 months imprisonment, followed by concurrent terms of supervised release. Such a sentence would:

- Reflect the seriousness of the offense;

- Account for Mr. Martinez's youth and lack of criminal history;

- Provide meaningful punishment without being greater than necessary; and

- Support his rehabilitation and successful reintegration into society.

## CONCLUSION

Francisco Martinez is a young man with no criminal record, a strong family foundation, and a genuine desire to learn from this experience. A total sentence of 123 months is sufficient but not greater than necessary to satisfy the goals of 18 U.S.C. § 3553(a). Your Honor's thoughtful consideration of the matter is greatly appreciated.

Respectfully Submitted,

**THE EDGETT LAW FIRM, PC**

*/s/ Scott E. Edgett*
SCOTT E. EDGETT
Texas Bar # 24063588
1400 North Coit Road, Suite 104
McKinney, Texas 75071
Telephone: 972.424.0760
Facsimile: 972.424.0762
Email: Scott@EdgettLawFirm.com
**ATTORNEY FOR DEFENDANT MARTINEZ**

## CERTIFICATE OF SERVICE

I, Scott Erik Edgett, certify that on October 23, 2025, a true and correct copy of the above and foregoing Defendant's Memorandum in Aid of Sentencing was e-filed via PACER with the United States District Court for the Eastern District of Texas, Co-Counsels for the Defendant, Ryne Sandel & James Whalen, and also forwarded to counsel for the government Dustin Farahnak via email.

*/s/ Scott E. Edgett*
SCOTT E. EDGETT